# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AZIENDE CHIMICHE RIUNITE ANGELINI FRANCESCO A.C.R.AF. S.p.A., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 19-2197-RGA |
| v. | ) ) ) | |
| AUROBINDO PHARMA USA INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document:

**AUROBINDO PHARMA USA INC.'S INITIAL INVALIDITY CONTENTIONS**

were served upon the attorneys listed below via electronic mail on this 9th day of March, 2021 prior to 6:00 p.m. Eastern:

| | |
|---|---|
| Karen L. Pascale<br>Robert M. Vrana<br>Young, Conaway, Stargatt & Taylor<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>kpascale@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Plaintiffs* | Pete G. Pappas<br>Ann G. Fort<br>William L. Warren<br>Anna C. Halsey<br>Cameron C. Murphy<br>EVERSHEDS SUTHERLAND (US) LLP<br>999 Peachtree Street, NE<br>Suite 2300<br>Atlanta, GA 30309-3996<br>petepappas@eversheds-sutherland.us<br>annfort@eversheds-sutherland.us<br>billwarren@eversheds-sutherland.us<br>annahalsey@eversheds-sutherland.us<br>cameronmurphy@eversheds-sutherland.us<br><br>*Attorneys for Plaintiffs* |

Dated: March 9, 2021

      */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Phone: (302) 888-6800
kdorsney@morrisjames.com

*Of counsel:*

Steven J. Moore, Esq.
James Nealon, Esq.
WITHERS BERGMAN LLP
1700 East Putnam Avenue
Greenwich, Connecticut 06830
Phone: (203) 302-4100
Fax: (203) 302-6611
Steven.moore@withersworldwide.com
James.nealon@withersworldwide.com

*Attorneys for Defendant/Counterclaim-Plaintiff Aurobindo Pharma U.S.A., Inc.*